## ATTACHMENT A

The property to be searched is an Apple iPhone SE, IMEI number 358541079454238, hereinafter the "Device." The Device is currently located at the FBI Washington Field Office located at 601 Fourth Street N.W., Washington D.C., 20535.

This warrant authorizes the forensic examination of the Device for the purpose of identifying the electronically stored information described in Attachment B.

## ATTACHMENT B

1.  All records on the Device described in Attachment A that relate to violations of 18 U.S.C. §§ 1343 and 1349, and involve James Pierce since February 2011, including:

    a.  information relating to fraudulent transactions in which victims are provided with purported bank documentation in exchange for payment;

    b.  information relating to purported SWIFT messages that are represented as transmitting bank documentation to victims;

    c.  any information related to participants in the purported transactions (including names, addresses, phone numbers, e-mail addresses, or any other identifying information);

    d.  any information related to victims of the purported transactions (including names, addresses, phone numbers, e-mail addresses, or any other identifying information);

    e.  all bank records, wire transfer records, payment records, checks, credit card bills, account information, and other financial records relating to the purported transactions;

2.  Evidence of user attribution showing who used or owned the Device at the time the things described in this warrant were created, edited, or deleted, such as logs, phonebooks, saved usernames and passwords, documents, and browsing history;

As used above, the terms "records" and "information" include all of the foregoing items of evidence in whatever form and by whatever means they may have been created or stored, including any form of computer or electronic storage and any photographic form.